IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN WALTER WILLIAMS,            )
                                 )
            Petitioner,           )
                                 )
      v.                          )     1:07CV807
                                 )
THEODIS BECK,                    )
                                 )
            Respondent.           )

## J U D G M E N T

On October 31, 2007, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is dismissed sua sponte without prejudice to Petitioner filing a new petition which corrects the defects of the current petition, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

/s/ James A. Beaty
United States District Judge

August 26, 2008